Miles D. Grant, Esq.     (SBN 89766)
Phillip A. Zunshine, Esq. (SBN 339010)
GRANT & KESSLER, APC
1331 India Street
San Diego, CA 92101
Tel: 619-233-7078; Fax: 619-233-7036

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINGLE BOX, L.P., et al.<br><br>Plaintiff(s)<br><br>v.<br><br>BRETT DEL VALLE, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:20-cv-09142-PSG<br><br>**WRIT OF EXECUTION** |

TO:   THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On  September 11, 2020  a judgment was entered in the above-entitled action in favor of:

Single Box, L.P. and SB AB West Loop, L.P., f/k/a SB Finco AB, L.P.

as Judgment Creditor and against:

Brett Del Valle, PRP Menifee, LLC, and Peninsula Retail Partners V, LLC

as Judgment Debtor, for:

$   3,767,998.06   Principal,
$     329,543.77   Attorney Fees,
$       9,301.28   Interest **, and
$           0.00   Costs, making a total amount of
$   4,106,843.11   **JUDGMENT AS ENTERED**

**NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

---

WRIT OF EXECUTION

CV-23 (6/01)                                                                                                   PAGE 1 OF 3

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the Northern District of Texas**, to wit:

$ _____10,494.11_____ accrued interest, and
$ _____0.00_____ accrued costs, making a total of
$ _____10,494.11_____ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 15,399.29 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____4,101,937.93_____ **ACTUALLY DUE** on the date of the issuance of this writ of which
$ _____4,095,121.78_____ Is due on the judgment as entered and bears interest at 0.15% percent per annum, in the amount of $ 16.88 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: 4/13/2022

By: /s/ Yvette Lewis
Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
BRETT DEL VALLE                      PRP Menifee, LLC
417 29th Street                      417 29th Street
Newport Beach, CA 92663              Newport Beach, CA 92663


PENINSULA RETAIL PARTNERS V, LLC
417 29th Street
Newport Beach, CA 92663
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

---

CV-23 (6/01)      **WRIT OF EXECUTION**      PAGE 3 OF 3