# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-9142 PSG (MRWx) | Date | June 21, 2022 |
| Title | Single Box v. Del Valle | | |

| | |
|---|---|
| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |

| | |
|---|---|
| Veronica Piper | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff: | Attorneys for Defendant: |
| n/a | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE

   1.   The Judgment Creditor (Single Box) filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 84.) The motion is accompanied by a statement that indicates that the Judgment Debtor (Mr. Del Valle) did not provide his portion of the joint motion before the moving party filed it, as required by this Court's Local Rule 37-1. (Docket # 84-2 at 4.)

   2.   A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, the Judgment Deb is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>July 1, at 12:00 p.m.</u> If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings. The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).

   3.   **Note:** The Court's docket shows that Mr. Del Valle and his family are currently represented by a lawyer (Mr. Hays). The e-mails attached to Mr. Zunshine's declaration suggest that the Judgment Creditor had direct interaction with Mr. Del Valle regarding the discovery issue. In his response to the Court, Mr. Del Valle will clarify the scope of his lawyer's representation in this action. Additionally, the Judgment Creditor will ensure that Mr. Hays receives notice of this Order.